Wendy H. Chau, Esq. SBN 278801
LAW OFFICES OF WENDY H. CHAU
555 California Street, Ste. 4925
San Francisco 94104
Ph. (415)539-6116
Fax: (888)958-1953
info@attorneychau.com

Attorney for Plaintiff
Abdelkader Elgawady

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ABDELKADER ELGAWADY, Individual, | Case No: 3:17-cv-00831 RS |
| Plaintiff, | **STIPULATED REQUEST AND ORDER ALLOWING FILING OF AMENDED COMPLAINT AND SETTING TIME TO FILE RESPONSES TO AMENDED COMPLAINT** |
| vs. | |
| CITY OF SAN FRANCISCO, CITY SERVICES AUDITOR, DEPARTMENT OF PUBLIC WORKS, and DOES 1-5 | |
| Defendants. | |

////////////////////////////////////////////////////////////////////

THE PARTIES STIPULATE TO THE FOLLOWING:

Plaintiff Abdelkader Elgawady and the Defendant City of San Francisco. by and through their respective counsel, hereby submit the following Stipulation and Proposed Order allowing filing of an Amended Complaint, establishing the method of service, and setting time to File Responses to Amended Complaint.

1. Defendant City of San Francisco ("City") was served on or about March 8, 2017; and, prior to this stipulation, required responsive pleading to be filed on or about March 28, 2017. The parties met and conferred.

2. In good faith, Defendant City has brought to Plaintiff's attention deficiencies within Plaintiff's complaint filed in this matter and has agreed to allow Plaintiff to amend his complaint, via filing of an Amended Complaint, in order to cure any deficiencies of merit prior to the Defendant City filing a responsive pleading.

3. Defendant City will also forebear from filing a planned motion to dismiss and to stay action until after Plaintiff have filed the proposed First Amended Complaint.

4. Therefore, all parties agree and request that the Court order the following:

a. Plaintiff shall file and serve upon the Defendant City an Amended Complaint no later than March 31, 2017.

b. Defendant City shall file any responsive pleadings no later than April 21, 2017.

IT IS SO STIPULATED..

Dated: March 16, 2017                    RESPECTFULLY,

                                         LAW OFFICES OF WENDY H, CHAU

                                         _____/S/ Wendy H. Chau_____
                                         Wendy H. Chau
                                         Attorney for Plaintiff Abdelkader Elgawady


Dated: March 16, 2017                    DEPUTY CITY ATTORNEY
                                         City and County of San Francisco

                                         _____/S/ Susan J. Kawala_____
                                         Susan J. Kawala
                                         Attorney for the City and County of San Francisco


**ORDER**

This matter came before the Court on the parties' Stipulation to allowing Plaintiff to file an Amended Complaint and setting time for Defendant City tofile a responsive pleading. For the reasons stated in the Stipulation and for good cause showing, the Court adopts the stipulation on and GRANTS the relief requested herein.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall file and serve upon all Defendant an Amended Complaint no later than March 31, 2017, and Defendant City shall file any response to the amended complaint no later than April 21, 2017.

IT IS SO ORDERED.

DATED: March 17 2017.

_____
HONORABLE JUDGE RICHARD SEEBORG